# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DAVID ANGLE DIAZ, JR.,** | )<br>) |
| **Plaintiff,** | )<br>)     7:16CV5003<br>) |
| v. | )<br>)     **ORDER**<br>) |
| **CAROLYN W. COLVIN,**<br>**Commissioner of Social Security,** | )<br>)<br>) |
| **Defendant.** | ) |

Plaintiff has submitted a motion to proceed in forma pauperis (Filing No. 2). After reviewing the request, I shall waive payment of fees and grant Plaintiff leave to proceed in forma pauperis.

**IT IS ORDERED:**

Plaintiff's motion to proceed in forma pauperis (Filing No. 2) is granted. The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

DATED: August 26, 2016.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge