IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DAVID ANGLE DIAZ, JR.,** | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 7:16CV5003** |
| | ) | |
| v. | ) | |
| | ) | |
| **CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

This is an action challenging a final decision of the Commissioner of the Social Security Administration. The answer and administrative record have been filed. The case will be progressed according to General Order No. 2015-05 In the Matter of Procedures for Social Security Cases (Filing No.4).

**IT IS ORDERED:**

1. Plaintiff shall file a motion for an order reversing the Commissioner's decision, or granting other relief, together with a supporting brief by: December 15, 2016;

2. Defendant shall file a motion for an order affirming the Commissioner's decision, or granting other relief, together with a supporting brief by: January 17, 2017;

3. Plaintiff may file a reply brief by: January 30, 2017;

4. This case shall be ripe for decision on: January 31, 2017.

**DATED this 15th day of November 2016.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**